FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 04 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff - Appellee,<br><br>    v.<br><br>MICHAEL LOUIS SHINEFIELD,<br><br>            Defendant - Appellant. | No. 10-50386<br><br>D.C. No. 2:08-cr-01310-ODW-1<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before: D.W. NELSON, FISHER, and CHRISTEN, Circuit Judges.

The memorandum disposition filed on May 16, 2012, is withdrawn.